THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE ERISA INDUSTRY COMMITTEE,<br><br>         Plaintiff,<br><br> v.<br><br>CITY OF SEATTLE,<br><br>         Defendant. | Case No. 2:18-cv-01188<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO STAY DEFENDANT'S ENFORCEMENT OF PART 3 OF CHAPTER 14.25 OF THE SEATTLE MUNICIPAL CODE** |

Defendant the City of Seattle (the "City" or "Defendant"), and Plaintiff, The ERISA Industry Committee ("ERIC" or "Plaintiff"), and together (the "Parties"), hereby stipulate and agree to the following: (1) Defendant may have an extension of time, until and including October 4, 2018, to respond to Plaintiff's Complaint; and (2) the City will take no action to enforce Part 3 of Chapter 14.25 of the Seattle Municipal Code ("Part 3" or the "Ordinance") until the sooner of a dispositive ruling by this Court on the merits or January 1, 2019.

**A.  Stipulation to Extend Deadline to Respond to Complaint**:

In support of the stipulation to extend the time for Defendant to respond to the complaint, the Parties make the following recitals:

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DEFENDANT TO RESPOND TO COMPLAINT AND TO STAY
DEFENDANT'S ENFORCEMENT OF PART 3 OF CHAPTER 14.25
OF THE SEATTLE MUNICIPAL CODE- 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

WHEREAS, Plaintiff filed the Complaint on August 14, 2018;

WHEREAS, Defendant was served with the Complaint on August 15, 2018;

WHEREAS, Defendant retained counsel, Keller Rohrback L.L.P., to litigate this action on August 28, 2018;

WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant must respond to the Complaint by September 5, 2018, which is one week after retaining counsel.

WHEREAS, this Stipulation will not alter the date of any event or deadline already fixed by the Court; and

WHEREAS, no prior extensions of time have been granted in this matter;

NOW THEREFORE, the Parties agree as follows:

1. Defendant may have an extension of time, until and including October 4, 2018, to respond to Plaintiff's Complaint; and

2. The Parties will confer regarding a briefing schedule concerning dispositive motions to present to the Court for approval.

**B. Stipulation to Stay Enforcement of the Ordinance:**

In support of the stipulation to stay enforcement of Part 3 of the Ordinance, the Parties make the following recitals:

WHEREAS, the Ordinance was enacted through a voter initiative on November 8, 2016;

WHEREAS, the City promulgated final rules interpreting Chapter 14.25 (including Part 3) on May 31, 2018, and revised them further on July 12, 2018;

WHEREAS, the Ordinance provides for the City to investigate charges alleging violations of Chapter 14.25 and to "have such powers and duties in the performance of these

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO STAY DEFENDANT'S ENFORCEMENT OF PART 3 OF CHAPTER 14.25 OF THE SEATTLE MUNICIPAL CODE- 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

functions as are necessary and proper in the proper performance of the same and provided by law;" and

WHEREAS, absent a stay, Plaintiff would seek interim injunctive relief;

NOW THEREFORE, the Parties agree (via this Stipulation) to a temporary nonenforcement agreement (the "Agreement"), as follows:

1. The City will not enforce Part 3 of the Ordinance or the rules or practices related thereto adopted by the Seattle Office of Labor Standards ("the Rules"); provided, however, that:

    a. nothing herein shall prevent the City from taking and holding in abeyance any complaints; and

    b. nothing herein shall be construed so as to defer the effective date of the Rules;

2. Plaintiff agrees it will defer seeking interim injunctive relief so long as the Agreement is in place, except that it reserves the right to seek interim injunctive relief or other relief to protect the Court's jurisdiction in the event a private suit is pursued to enforce the Ordinance or Rules;

3. The Agreement shall terminate upon the sooner of a ruling on the merits or January 1, 2019.

4. The Parties will conduct further discussions, including on (a) whether to stay the effective date of the Rules pending a ruling on the merits, and (b) any extension concerning the termination date of this Agreement.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR
DEFENDANT TO RESPOND TO COMPLAINT AND TO STAY
DEFENDANT'S ENFORCEMENT OF PART 3 OF CHAPTER 14.25
OF THE SEATTLE MUNICIPAL CODE- 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**IT IS SO STIPULATED AND AGREED.**

DATED this 6th day of September, 2018.

        KELLER ROHRBACK L.L.P.

        By */s/ Erin Riley*
          Erin Riley, WSBA No. 30401
          1201 Third Ave., Suite 3200
          Seattle, WA 98101
          Telephone: (206) 623-1900
          Facsimile: (206) 623-3384

          Jeffrey Lewis, *pro hac vice*
          300 Lakeside Drive., Suite 1000
          Oakland, CA 94612
          Telephone: (510) 463-3900
          Facsimile: (510) 463-3901

          *Counsel for Defendant, City of Seattle*

        KILPATRICK TOWNSEND & STOCKTON LLP

        By *s/ Gwendolyn C. Payton*
          Gwendolyn C. Payton, WSBA No. 26752
          gpayton@kilpatricktownsend.com
          Telephone: (206) 626-7714
          Facsimile: (206) 260-8946

          Anthony F. Shelley, *pro hac vice*
          Theresa Gee, *pro hac vice*
          Telephone: (202) 626-5800
          Facsimile: (202) 626-5801

          *Counsel for Plaintiff, The ERISA Industry Committee*

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO STAY DEFENDANT'S ENFORCEMENT OF PART 3 OF CHAPTER 14.25 OF THE SEATTLE MUNICIPAL CODE- 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER

Pursuant to the stipulation, docket no. 13, by the parties, the Court orders as follows:

1. The deadline by which Defendant must file its answer is extended by thirty days to October 4, 2018.

2. The City will not enforce Part 3 of the Ordinance or the rules or practices related thereto adopted by the Seattle Office of Labor Standards ("the Rules"); provided, however, that:

    a. nothing herein shall prevent the City from taking and holding in abeyance any complaints; and

    b. nothing herein shall be construed so as to defer the effective date of the Rules.

**IT IS SO ORDERED** this 6th day of September, 2018.

_____
Thomas S. Zilly
United States District Judge

**Presented by:**

| KELLER ROHRBACK L.L.P. | KILPATRICK TOWNSEND & STOCKTON LLP |
|---|---|
| By */s/ Erin Riley* | By *s/ Gwendolyn C. Payton* |
| Erin Riley, WSBA No. 30401 | Gwendolyn C. Payton, WSBA No. 26752 |
| 1201 Third Ave., Suite 3200 | gpayton@kilpatricktownsend.com |
| Seattle, WA 98101 | Telephone: (206) 626-7714 |
| Telephone: (206) 623-1900 | Facsimile: (206) 260-8946 |
| Facsimile: (206) 623-3384 | |
| Jeffrey Lewis, *pro hac vice* | Anthony F. Shelley, *pro hac vice* |
| 300 Lakeside Drive., Suite 1000 | Theresa Gee, *pro hac vice* |
| Oakland, CA 94612 | Telephone: (202) 626-5800 |
| Telephone: (510) 463-3900 | Facsimile: (202) 626-5801 |
| Facsimile: (510) 463-3901 | |
| *Counsel for Defendant, City of Seattle* | *Counsel for Plaintiff, The ERISA Industry Committee* |

STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT AND TO STAY DEFENDANT'S ENFORCEMENT OF PART 3 OF CHAPTER 14.25 OF THE SEATTLE MUNICIPAL CODE- 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384