UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE ERISA INDUSTRY COMMITTEE,

        Plaintiff,

v.

CITY OF SEATTLE,

        Defendant.

C18-1188 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the Parties' stipulation, docket no. 16, the Court ORDERS as follows.

    (a) Defendant shall file its Motion to Dismiss, not to exceed 24 pages, by the deadline set forth in the Minute Order dated September 6, 2018, namely on or before October 4, 2018; such motion shall be noted for December 6, 2018;

    (b) Plaintiff shall file its Motion for Summary Judgment and its Opposition to Defendant's Motion to Dismiss, not to exceed 48 combined pages, on or before October 25, 2018; such Motion for Summary Judgment shall be noted for December 6, 2018;

    (c) Defendant shall file its Reply to Plaintiff's Opposition to the Motion to Dismiss and its Opposition to Plaintiff's Motion for Summary Judgment, not to exceed 36 combined pages, on or before November 11, 2018;

MINUTE ORDER - 1

(d) Plaintiff shall file its Reply to Defendant's Opposition to the Motion for Summary Judgment, not to exceed 12 pages, on or before December 6, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of September, 2018.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 2