UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE ERISA INDUSTRY
COMMITTEE,

                Plaintiff,

   v.

CITY OF SEATTLE,

                Defendant.

C18-1188 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of the Court of Appeals for the State of Washington's decision in *American Hotel & Lodging Ass'n, et al. v. City of Seattle, et al.*, Case No. 77918-4-I, which invalidated Initiative 124 "in its entirety," docket no. 27-1 at 22, this case is STAYED pending further order of the Court. All parties are DIRECTED to file a joint status report on or before February 25, 2019, addressing the status of this litigation and whether this Court should stay the case pending further proceedings in state court or should dismiss the matter as moot.

(2) The pending motion to dismiss, docket no. 18, and motion for summary judgment, docket no. 19, are RENOTED to February 25, 2019.

(3) The parties' stipulation and proposed order to continue the stay of enforcement of Part 3 of Chapter 14.25 of the Seattle Municipal Code, docket no. 26, is STRICKEN without prejudice.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of December, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2