UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE ERISA INDUSTRY COMMITTEE,

    Plaintiff,

v.

CITY OF SEATTLE,

    Defendant.

C18-1188 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court has reviewed the parties' Joint Status Report, docket no. 29. Defendant's Motion to Dismiss, docket no. 18, and Plaintiff's Motion for Summary Judgment, docket no. 19, are STRICKEN without prejudice.

(2)    The case remains STAYED pending resolution of *City of Seattle v. American Hotel & Lodging Association, Seattle Hotel Association, et al.*, Case No. 96781-4. The parties are DIRECTED to file a joint status report on or before June 7, 2019, addressing the status of the state court litigation.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of February, 2019.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1