UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE ERISA INDUSTRY COMMITTEE,

    Plaintiff,

v.

CITY OF SEATTLE,

    Defendant.

C18-1188 TSZ

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The Court has reviewed the parties' Joint Status Report, docket no. 31. The case remains STAYED pending resolution of *City of Seattle v. American Hotel & Lodging Association, Seattle Hotel Association, et al.*, Case No. 96781-4. The parties are DIRECTED to file a joint status report on or before December 31, 2019, addressing the status of the state court litigation.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

  Dated this 10th day of June, 2019.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk

MINUTE ORDER - 1