1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

THE ERISA INDUSTRY
COMMITTEE,

9

Plaintiff,

C18-1188 TSZ

10

v.

MINUTE ORDER

11

CITY OF SEATTLE,

12

Defendant.

13    The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

14

15

(1)    Having reviewed the parties' Joint Status Report and Stipulation to File
Amended Complaint, docket no. 33, the STAY of this matter is hereby
LIFTED.

16

(2)    Pursuant to the Parties' stipulation, the Court ORDERS as follows.

17

(a) Plaintiff shall file its amended complaint no later than January 21, 2020;

18

(b) Defendant shall file a responsive pleading or motion no later than
February 20, 2020;

19

20

(c) If Defendant files a motion, Plaintiff's opposition shall be filed on or
before March 23, 2020, and Defendant's reply shall be filed on or
before April 10, 2020;

21

22

(d) If no motion is filed, either party may file a motion for summary
judgment on or before March 5, 2020.  Any opposition shall be filed on

23

MINUTE ORDER - 1

1    or before March 30, 2020, and any reply shall be filed on or before
      April 17, 2020.

2
         (3)     The Clerk is directed to send a copy of this Minute Order to all counsel of

3    record.

4        Dated this 6th day of January, 2020.

5
                                                    William M. McCool
                                                    Clerk
6
                                                    s/Karen Dews
7                                                   Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2