THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE ERISA INDUSTRY COMMITTEE,<br><br>                              Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>                              Defendant. | **NOTICE OF APPEAL**<br><br>Case No. 2:18-cv-01188<br><br>District Court Judge Thomas S. Zilly |

Notice is hereby given that The ERISA Industry Committee, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order (Dkt. No. 40) granting Defendant City of Seattle's Motion to Dismiss (Dkt. No. 37) entered in this action on May 8, 2020, and the Final Judgment (Dkt. No. 41) entered in this action on May 11, 2020.

DATED this 29th day of May 2020.

KILPATRICK TOWNSEND & STOCKTON LLP

By */s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA No. 26752
    gpayton@kilpatricktownsend.com
    Telephone: (206) 626-7714
    Facsimile: (206) 260-8946

NOTICE OF APPEAL
CASE NO. - 2:18-CV-01188-TSZ - 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

MILLER & CHEVALIER CHARTERED

Anthony F. Shelley, *pro hac vice*
Theresa S. Gee, *pro hac vice*
ashelley@milchev.com
tgee@milchev.com
900 Sixteenth St. NW
Washington, DC 20006
Telephone:  (202) 626-5800
Facsimile:  (202) 626-5801

*Counsel for Plaintiff*
*The ERISA Industry Committee*

NOTICE OF APPEAL
CASE NO. - 2:18-CV-01188-TSZ - 2

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

# CERTIFICATE OF SERVICE

I certify that on May 29, 2020, I caused a copy of the foregoing document, NOTICE OF APPEAL, to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

Jeffrey Lewis
KELLER ROHRBACK LLP
300 LAKESIDE DRIVE, STE 1000
OAKLAND, CA 94612
Email: jlewis@kellerrohrback.com

Erin Maura Riley
Rachel E. Morowitz
KELLER ROHRBACK
1201 3RD AVE, STE 3200
SEATTLE, WA 98101-3052
Email: eriley@kellerrohrback.com
Email: rmorowitz@kellerrohrback.com

Jeremiah Miller
SEATTLE CITY ATTORNEY
700 FIFTH AVENUE #2050
SEATTLE, WA 98104-7097
Email: jeremiah.miller@seattle.gov

/s/ *Gwendolyn C. Payton*
Gwendolyn C. Payton

NOTICE OF APPEAL
CASE NO. - 2:18-CV-01188-TSZ - 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946