| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | FILED<br><br>MAR 26 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| THE ERISA INDUSTRY COMMITTEE,<br><br>          Plaintiff-Appellant,<br><br>  v.<br><br>CITY OF SEATTLE,<br><br>          Defendant-Appellee. | No.   20-35472<br><br>D.C. No. 2:18-cv-01188-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: TASHIMA, RAWLINSON, and BYBEE, Circuit Judges.

Appellant's Unopposed Motion for Extension of Time to File Petition for Panel Rehearing or Rehearing En Banc, filed March 23, 2021, is GRANTED.

Appellant's Petition shall be filed no later than April 30, 2021.