FILED

MAY 25 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| THE ERISA INDUSTRY COMMITTEE, Plaintiff-Appellant, v. CITY OF SEATTLE, Defendant-Appellee. | No. 20-35472  D.C. No. 2:18-cv-01188-TSZ Western District of Washington, Seattle  ORDER |
|---|---|

Before: TASHIMA, RAWLINSON, and BYBEE, Circuit Judges.

Defendant-Appellee is directed to file a response to Appellant's Petition for Rehearing En Banc. The response shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the date of this order.