| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JUN 4 2021 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| THE ERISA INDUSTRY COMMITTEE,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>CITY OF SEATTLE,<br><br>　　　　Defendant-Appellee. | No.　20-35472<br><br>D.C. No. 2:18-cv-01188-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: TASHIMA, RAWLINSON, and BYBEE, Circuit Judges.

Appellee's Unopposed Motion for Extension of Time to File Response to Petition for Rehearing En Banc, filed May 28, 2021, is GRANTED. Appellee shall file a response to the Petition for Rehearing En Banc no later than July 15, 2021.