FILED

JUL 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE ERISA INDUSTRY COMMITTEE,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>CITY OF SEATTLE,<br><br>Defendant-Appellee. | No. 20-35472<br><br>D.C. No. 2:18-cv-01188-TSZ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

Before: TASHIMA, RAWLINSON, and BYBEE, Circuit Judges.

The Motion for Leave to File a Reply in Support of Petition for Rehearing En Banc, filed July 22, 2021, is GRANTED.