FILED

AUG 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| THE ERISA INDUSTRY COMMITTEE, | No. 20-35472 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:18-cv-01188-TSZ<br>Western District of Washington, Seattle |
| v. | |
| CITY OF SEATTLE, | ORDER |
| Defendant-Appellee. | |

Before: TASHIMA, RAWLINSON, and BYBEE, Circuit Judges.

The Motion for Leave to File Sur-Reply in Support of Response to Petition for Rehearing En Banc, filed July 30, 2021, is DENIED.