FILED

SEP 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| THE ERISA INDUSTRY COMMITTEE, | No. 20-35472 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:18-cv-01188-TSZ |
| v. | Western District of Washington, Seattle |
| CITY OF SEATTLE, | |
| Defendant-Appellee. | ORDER |

Before: TASHIMA, RAWLINSON, and BYBEE, Circuit Judges.

Judge Rawlinson voted to deny, and Judges Tashima and Bybee recommended denying, the Petition for Rehearing En Banc.

The full court has been advised of the Petition for Rehearing En Banc, and no judge of the court has requested a vote.

Appellant's Petition for Rehearing En Banc, filed April 30, 2021, is DENIED.