# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 19, 2022

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:   The ERISA Industry Committee
              v. City of Seattle, Washington
              No. 21-1019
              (Your No. 20-35472)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on January 14, 2022 and placed on the docket January 19, 2022 as No. 21-1019.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Claude Alde
                                        Case Analyst